IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILFRED T. AZAR, III,<br>JOSEPH A. GIORDANO, and<br>EMPIRE CORPORATION,<br><br>Defendants. | Civil Action No. 1:14-cv-03598-RDB |

### FINAL JUDGMENT AS TO DEFENDANT JOSEPH A. GIORDANO

On February 10, 2016, this Court entered Judgment, by consent, against Defendant Joseph A. Giordano. Dkt. No. 19. That Judgment is incorporated herein with the same force and effect as if fully set forth herein.

**I.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant shall pay to the Securities and Exchange Commission disgorgement in the amount of $69,300, prejudgment interest in the amount of $16,616.49, and a civil penalty pursuant to 15 U.S.C. §§ 77t(d), 78u(d)(3), 80b-9(e), & 80a-41(e) in the amount of $150,000. Defendant shall make this payment within 90 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange

Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Joseph A. Giordano as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: January 6, 2017

_____
UNITED STATES DISTRICT JUDGE

2